An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN RE: CITYCENTER CONSTRUCTION AND LIEN MASTER LITIGATION

No. 61027

THE CONVERSE PROFESSIONAL GROUP D/B/A CONVERSE CONSULTANTS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK AND THE HONORABLE ELIZABETH GOFF GONZALEZ, DISTRICT JUDGE,
Respondents,
    and
CENTURY STEEL, INC. AND PACIFIC COAST STEEL,
Real Parties in Interest.



**FILED**

OCT 03 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging a district court order granting real parties in interest's motions for leave to amend their fourth-party complaints in order to plead claims for intentional misrepresentation, negligent misrepresentation, indemnity, contribution, apportionment, and declaratory relief.

In petitioner Converse Consultants' related petition, *In re CityCenter Construction and Lien Master Litigation*, 129 Nev. ___, ___, ___ P.3d ___, ___ (Adv. Op. No. 70, Oct. 3, 2013), we granted Converse's request for writ relief. We held that Converse was a design professional and, as a result, the initial pleadings that real parties in interest Century Steel, Inc. and Pacific Coast Steel filed were void ab initio pursuant to NRS 11.258.

13-29479

*See Otak Nevada, LLC v. Eighth Judicial Dist. Court*, 127 Nev. ___, ___, 260 P.3d 408, 412 (2011) (determining that "because a pleading filed under NRS 11.258 without the required affidavit and expert report is void ab initio and of no legal effect, the party's failure to comply with NRS 11.258 cannot be cured by amendment"); *see also* NRS 11.258.

We therefore conclude that this petition is moot, and we dismiss it. *See Personhood Nevada v. Bristol,* 126 Nev. ___, ___, 245 P.3d 572, 574 (2010) (explaining that this court's duty is to decide actual controversies and not to give opinions on moot questions). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Gibbons

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

_____

[1]The Honorable Kristina Pickering, Chief Justice, and the Honorable Ron D. Parraguirre, Justice, voluntarily recused themselves from participation in the decision of this matter.

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
       Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
       Hutchison & Steffen, LLC
       Albright Stoddard Warnick & Albright
       Procopio, Cory, Hargreaves & Savitch, LLP
       Gordon & Rees, LLP
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A